1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| HON LAU, | ) | NO. CV 10-9788 JSL (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| K. HARRINGTON, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: Jan 13, 2011.

_____
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE